```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 34761
    LATRICE MCCORMICK
                                              CHAPTER 13

                                              JUDGE: A BENJAMIN GOLDGAR

          Debtor
    SSN XXX-XX-4224

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 09/20/2004 and was confirmed 11/30/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 05/29/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
BALABAN FURNITURE          SECURED           1200.00            .00        1200.00
BALABAN FURNITURE          UNSECURED          974.64            .00          97.46
KEYBANK USA                SECURED           9000.00        1184.56        9000.00
KEYBANK USA                UNSECURED         2154.52            .00         215.45
ROBERT J ADAMS & ASSOC     PRIORITY         NOT FILED           .00            .00
A ALL FINANCIAL SERVICES   UNSECURED        NOT FILED           .00            .00
AMERICASH LOANS LLC        UNSECURED          570.53            .00          57.05
BANK ONE                   UNSECURED        NOT FILED           .00            .00
STERLING FINANCIAL SERVI   UNSECURED        NOT FILED           .00            .00
CERTEGY                    UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO REVENUE    UNSECURED          520.00            .00          52.00
GC SERVICES DATA CONTROL   UNSECURED        NOT FILED           .00            .00
GLOBAL PAYMENTS            UNSECURED         1025.00            .00         102.50
TCF BANK                   UNSECURED        NOT FILED           .00            .00
BROTHER LOAN & FINANCE     UNSECURED             .00            .00            .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT     194.00            .00         194.00
TRS RECOVERY SERVICES IN   FILED LATE        552.72            .00            .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY     2,200.00                       2,200.00
TOM VAUGHN                 TRUSTEE                                          860.50
DEBTOR REFUND              REFUND                                            64.48

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                 RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE          15,228.00

PRIORITY                                  194.00
SECURED                                10,200.00
    INTEREST                            1,184.56
UNSECURED                                 524.46
ADMINISTRATIVE                          2,200.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 34761 LATRICE MCCORMICK
```

```
TRUSTEE COMPENSATION                                            860.50
DEBTOR REFUND                                                    64.48
                                   ----------------    ----------------
TOTALS                                    15,228.00           15,228.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 04 B 34761 LATRICE MCCORMICK